**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Angel Luis Leon III                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-11018 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                       Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
12 May 2022, 16:03:05, EDT

                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 627-1322