IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                    : Chapter 13

Angel Luis Leon, III   : Case No. 22-11018-AMC


        Debtor(s)


**NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CERTIFICATE OF SERVICE**


The Meeting of Creditors has been rescheduled for **July 22, 2022** at
**10:00 AM** at ALTERNATE TELEPHONE CONFERENCE.

A copy of this notice is being served on all creditors and the Chapter
13 Trustee.




                                    /s/ David M. Offen
                                    David M. Offen, Esquire
                                    Curtis Center, 1st Fl., Ste 160 W
                                    601 Walnut Street
                                    Philadelphia, PA 19106
                                    215-625-9600

Dated:  July 6, 2022