Certificate Number: 12433-PAE-DE-036702661

Bankruptcy Case Number: 22-11018



12433-PAE-DE-036702661

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2022, at 1:47 o'clock AM EDT, Angel Luis Leon, III completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 22, 2022            By:    /s/Lisa Susoev

                                 Name:  Lisa Susoev

                                 Title: Teacher