UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Angel Luis Leon, III<br><br>    Debtor | Chapter 13<br>Bankruptcy No.22-11018-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 8th day of August, 2022, by first class mail upon those listed below:


Angel Luis Leon, III
6162 Montague Street
Philadelphia, PA  19135

**Electronically via CM/ECF System Only:**

DAVID M OFFEN ESQUIRE
7614 ALGON AVENUE
PHILADELPHIA, PA  19111-3320


                                                      */s/ Kristen Gliem*
                                                      Kristen Gliem
                                                      for
                                                      Scott F. Waterman, Esquire
                                                      Standing Chapter 13 Trustee