| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-11018-AMC**

| | |
|---|---|
| Angel Luis Leon, III | Petition Filed Date: 04/21/2022 |
| 6162 Montague Street | 341 Hearing Date: 06/03/2022 |
| Philadelphia  PA    19135 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/2022 | $360.00 | 119129127 | 06/17/2022 | $360.00 | 119208178 | 07/01/2022 | $360.00 | 119288834 |
| 07/19/2022 | $360.00 | 119375846 | 07/26/2022 | $360.00 | 119457580 | | | |

**Total Receipts for the Period:  $1,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | SHEFFIELD FINANCIAL<br>»» 001 | Secured Creditors | $13,503.87 | $0.00 | $0.00 |
| 2 | WELLS FARGO DEALER SERVICES<br>»» 002 | Secured Creditors | $2,021.94 | $0.00 | $0.00 |
| 3 | POLICE & FIRE FCU<br>»» 003 | Unsecured Creditors | $5,625.07 | $0.00 | $0.00 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»» 004 | Secured Creditors | $586.48 | $0.00 | $0.00 |
| 5 | PHFA<br>»» 005 | Mortgage Arrears | $16,582.42 | $0.00 | $0.00 |
| 6 | US DEPARTMENT OF EDUCATION<br>»» 006 | Unsecured Creditors | $5,008.86 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,800.00 | Current Monthly Payment: | $720.00 |
| Paid to Claims: | $0.00 | Arrearages: | $360.00 |
| Paid to Trustee: | $144.00 | Total Plan Base: | $43,200.00 |
| Funds on Hand: | $1,656.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.