UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

IN RE:  ANGEL L LEON 3  CASE NO:  22-11018

CHAPTER:  13

Debtor (s)

**NOTICE OF CLAIM SATISFACTION**

As to Claim 2 filed on 04/29/2022, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

01/11/2023 /s/ Donna J Bussert
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (03/03/21)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2021 Wells Fargo Bank, N.A. All rights reserved.

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served via the Court's ECF system, I certify that on 01/11/2023, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

01/11/2023                         /s/ Donna J Bussert
                                   Bankruptcy Processor
                                   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2021 Wells Fargo Bank, N.A. All rights reserved.