IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Angel Luis Leon, III | : | No.  22-11018-amc |
| Debtor | : | |

ANSWER TO MOTION OF PENNSYLVANIA HOUSING FINANCE AGENCY
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
AND CERTIFICATE OF SERVICE

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.  It is however admitted that Debtor missed several payments.

7. Denied as relevant.

8. Denied.

9. Denied.

10. Denied.

11. No response required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 02/13/2023

A copy of this Answer is being served on DENISE ELIZABETH CARLON, Esquire, and the Chapter 13 Trustee.