Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-11018-AMC**

Angel Luis Leon, III  
6162 Montague Street  
Philadelphia  PA    19135

Petition Filed Date: 04/21/2022  
341 Hearing Date: 06/03/2022  
Confirmation Date: 01/11/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $360.00 | 119541216 | 08/26/2022 | $360.00 | 119618581 | 09/12/2022 | $360.00 | 119690682 |
| 09/23/2022 | $360.00 | 119769801 | 10/11/2022 | $360.00 | 119851214 | 10/18/2022 | $360.00 | 119936926 |
| 11/02/2022 | $360.00 | 120022439 | 11/15/2022 | $360.00 | STONEMOR 0 | 12/02/2022 | $360.00 | 120196881 |
| 12/19/2022 | $360.00 | 120289558 | 01/03/2023 | $360.00 | 120387433 | 01/18/2023 | $360.00 | 120465092 |
| 01/31/2023 | $360.00 | 120548818 | 02/10/2023 | $360.00 | 120622568 | 02/27/2023 | $360.00 | 120693804 |
| 03/10/2023 | $360.00 | 120774914 | 03/21/2023 | $360.00 | 120850698 | 04/04/2023 | $360.00 | 120926341 |
| 04/18/2023 | $360.00 | 121035043 | 05/15/2023 | $360.00 | 121112265 | 05/16/2023 | $360.00 | 121193887 |
| 06/01/2023 | $360.00 | 121271977 | 06/16/2023 | $360.00 | 121354497 | 06/30/2023 | $360.00 | 121433606 |
| 07/12/2023 | $360.00 | 121521090 | 07/25/2023 | $360.00 | 121603438 | | | |

**Total Receipts for the Period:  $9,360.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $11,160.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,724.00 | $4,724.00 | $0.00 |
| 1 | SHEFFIELD FINANCIAL »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO DEALER SERVICES »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | POLICE & FIRE FCU »» 003 | Unsecured Creditors | $5,625.07 | $0.00 | $5,625.07 |
| 4 | CITY OF PHILADELPHIA (LD) »» 004 | Secured Creditors | $586.48 | $177.05 | $409.43 |
| 5 | PHFA/HEMAP »» 005 | Mortgage Arrears | $16,582.42 | $5,006.15 | $11,576.27 |
| 6 | US DEPARTMENT OF EDUCATION »» 006 | Unsecured Creditors | $5,008.86 | $0.00 | $5,008.86 |

**Chapter 13 Case No. 22-11018-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,160.00 | Current Monthly Payment: | $720.00 |
| Paid to Claims: | $9,907.20 | Arrearages: | ($360.00) |
| Paid to Trustee: | $925.20 | Total Plan Base: | $43,200.00 |
| Funds on Hand: | $327.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.