| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-11018-AMC**

Angel Luis Leon, III
6162 Montague Street
Philadelphia  PA    19135

Petition Filed Date: 04/21/2022
341 Hearing Date: 06/03/2022
Confirmation Date: 01/11/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2023 | $360.00 | 121683783 | 08/23/2023 | $360.00 | 121760634 | 09/07/2023 | $360.00 | 121832539 |
| 09/22/2023 | $360.00 | 121908030 | 10/11/2023 | $360.00 | 1018475408 | 10/18/2023 | $360.00 | 1018547058 |
| 11/01/2023 | $360.00 | 1018619823 | 11/21/2023 | $360.00 | 1018682526 | 12/05/2023 | $360.00 | 1018773006 |
| 12/15/2023 | $360.00 | 1018859638 | 12/28/2023 | $360.00 | 1018971892 | 01/10/2024 | $360.00 | 1019038801 |
| 01/29/2024 | $360.00 | 1019103742 | 02/07/2024 | $360.00 | 1019169994 | 02/21/2024 | $360.00 | 1019234877 |
| 03/05/2024 | $360.00 | 1019301773 | 03/20/2024 | $360.00 | 1019370459 | 04/03/2024 | $360.00 | 1019437931 |
| 04/17/2024 | $360.00 | 1019508722 | 05/02/2024 | $360.00 | 1019577866 | 05/20/2024 | $360.00 | 1019643699 |
| 05/29/2024 | $360.00 | 1019716537 | 06/12/2024 | $360.00 | 1019786472 | 06/27/2024 | $360.00 | 1019861564 |
| 07/10/2024 | $360.00 | 1019925913 | 07/23/2024 | $360.00 | 1020002809 | | | |

**Total Receipts for the Period:  $9,360.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $21,240.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,724.00 | $4,724.00 | $0.00 |
| 1 | SHEFFIELD FINANCIAL<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO DEALER SERVICES<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | POLICE & FIRE FCU<br>»»  003 | Unsecured Creditors | $5,625.07 | $0.00 | $5,625.07 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»»  004 | Secured Creditors | $586.48 | $487.57 | $98.91 |
| 5 | PHFA/HEMAP<br>»»  005 | Mortgage Arrears | $16,582.42 | $13,785.63 | $2,796.79 |
| 6 | US DEPARTMENT OF EDUCATION<br>»»  006 | Unsecured Creditors | $5,008.86 | $0.00 | $5,008.86 |

**Chapter 13 Case No. 22-11018-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,240.00 | Current Monthly Payment: | $720.00 |
| Paid to Claims: | $18,997.20 | Arrearages: | ($1,080.00) |
| Paid to Trustee: | $1,918.80 | Total Plan Base: | $43,200.00 |
| Funds on Hand: | $324.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.