IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Angel Luis Leon, III   ) Chapter 13
         Debtor(s)              )
                                ) 22-11018-amc
                                )
                                )

CERTIFICATION OF NO RESPONSE TO MOTION TO MODIFY PLAN

I hereby certify that I have received no Answer, Objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

Dated:  April 16, 2025          /s/ David M. Offen
                                David M. Offen, Esquire
                                Attorney for Debtor(s)
                                The Curtis Center
                                601 Walnut Street, Suite 160 West
                                Philadelphia, PA 19106
                                215-625-9600
                                info@offenlaw.com