IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Angel Luis Leon, III   ) Chapter 13
         Debtor(s)              )
                                ) 22-11018-amc
                                )
                                )

CERTIFICATION OF NO RESPONSE TO MOTION TO SELL PROPERTY

I hereby certify that I have received no Answer, Objection or other responsive pleading to the Motion to Sell Property Free and Clear of Liens and respectfully request that the Order attached to the Motion be approved.

Dated:   April 16, 2025        /s/ David M. Offen
                               David M. Offen, Esquire
                               Attorney for Debtor(s)
                               The Curtis Center
                               601 Walnut Street, Suite 160 West
                               Philadelphia, PA 19106
                               215-625-9600
                               info@offenlaw.com