**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **Angel Luis Leon, III** | : | **NO. 22-11018-amc** |
| Debtor | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of the Motion to Sell Real Property located at 6162 Montague Street, Philadelphia, PA 19135 filed by Debtor, upon notice to all interested parties, and any response thereto, it is hereby

**ORDERED**, that Debtor is authorized to sell his/her real property located at 6162 Montague Street, Philadelphia, PA 19135 ("Property"), with all liens to be paid at closing, for the sale price of $145,000.000 (one hundred forty five thousand dollars), pursuant to the terms of a certain real estate agreement of sale to the Buyer(s) thereunder, Bonsall Properties LLC ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

After paying all liens in full and all costs of sale, the Title Clerk shall pay to the Debtor, Angel Luis Leon, III, his exemption, up to the amount of $27,900.00. Any non exempt funds shall be paid to the Chapter 13 Trustee.

The Title Clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the Trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

The 14 day appeal period is hereby waived.

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE