United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11018-amc |
| Angel Luis Leon, III | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: May 02, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2025:**

**Recip ID        Recipient Name and Address**
db           +  Angel Luis Leon, III, 6162 Montague Street, Philadelphia, PA 19135-3523

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2025         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2025 at the address(es) listed below:

**Name**                          **Email Address**

DAVID M. OFFEN
                               on behalf of Debtor Angel Luis Leon  III dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
                               on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

LEON P. HALLER
                               on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

SCOTT F. WATERMAN [Chapter 13]
                               ECFMail@ReadingCh13.com

United States Trustee
                               USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

```
          IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                :      CHAPTER 13
                           :
     Angel Luis Leon, III  :      NO.  22-11018-amc
          Debtor           :
```

## ORDER

**AND NOW**, this __2nd__ day of _____May_____, 2025, upon consideration of the Motion to Sell Real Property located at 6162 Montague Street, Philadelphia, PA 19135 filed by Debtor, upon notice to all interested parties, and any response thereto, it is hereby

**ORDERED**, that Debtor is authorized to sell his/her real property located at 6162 Montague Street, Philadelphia, PA 19135 ("Property"), with all liens to be paid at closing, for the sale price of $145,000.000 (one hundred forty five thousand dollars), pursuant to the terms of a certain real estate agreement of sale to the Buyer(s) thereunder, Bonsall Properties LLC ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

After paying all liens in full and all costs of sale, the Title Clerk shall pay to the Debtor, Angel Luis Leon, III, his exemption, up to the amount of $27,900.00. Any non exempt funds shall be paid to the Chapter 13 Trustee.

The Title Clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the Trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

The 14 day appeal period is hereby waived.

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE