# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| | | |
| **Angel Luis Leon, III** | : | **Case No. 22-11018-amc** |
| **xxx-xx-2036** | | |
| Debtor | | |

### ORDER

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: June 6, 2025**

_____
**HONORABLE ASHELY M. CHAN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**