IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Angel Luis Leon, III | : | No.  22-11018-amc |
| Debtor | : | |

CERTIFICATION OF NO RESPONSE TO
SUPPLEMENTAL APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I hereby certify that I have received no answer, objection or other responsive pleading to the Supplemental Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.

Dated: 07/29/2025          /s/ David M. Offen
                           David M. Offen
                           Attorney for Debtor(s)
                           The Curtis Center
                           601 Walnut Street, Suite 160 West
                           Philadelphia, PA 19106
                           215-625-9600
                           info@offenlaw.com