IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    Chapter 13

Angel Luis Leon, III
   Debtor                           :    No.  22-11018-amc

**<u>PRAECIPE TO WITHDRAW</u>**

    Pursuant to the above-captioned matter, kindly withdraw the Debtor's Certifications regarding Domestic Support Obligations, Document No. 77, filed on August 25, 2025.

    /s/ David M. Offen
    David M. Offen, Esquire
    The Curtis Center
    601 Walnut Street, Suite 160 West
    Philadelphia, PA  19106
    215-625-9600

Dated:  August 25, 2025