| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 22-11018-AMC**

Angel Luis Leon, III  
6162 Montague Street  
Philadelphia  PA    19135

Petition Filed Date: 04/21/2022  
341 Hearing Date: 06/03/2022  
Confirmation Date: 01/11/2023

Case Status: Completed on 7/ 9/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2024 | $360.00 | 1020073779 | 08/21/2024 | $360.00 | 1020143025 | 09/09/2024 | $360.00 | 1020210437 |
| 09/17/2024 | $360.00 | 1020276948 | 10/02/2024 | $360.00 | 1020343694 | 10/22/2024 | $360.00 | 1020413642 |
| 11/01/2024 | $360.00 | 1020479630 | 11/13/2024 | $360.00 | 1020548301 | 12/03/2024 | $360.00 | 1020619584 |
| 12/12/2024 | $360.00 | 1020699192 | 12/27/2024 | $360.00 | 1020817584 | 01/10/2025 | $360.00 | 1020869423 |
| 01/23/2025 | $360.00 | 1020934122 | 02/10/2025 | $360.00 | 1021000344 | 02/24/2025 | $360.00 | 1021058142 |
| 03/10/2025 | $360.00 | 1021120912 | 03/27/2025 | $360.00 | 1021182339 | 04/07/2025 | $360.00 | 1021247702 |
| 04/16/2025 | $360.00 | 1021313157 | 04/30/2025 | $360.00 | 1021381533 | 05/16/2025 | $360.00 | 1021449312 |
| 06/02/2025 | $360.00 | 1021515090 | 06/04/2025 | $1,000.00 | 38081225981 | 06/04/2025 | $800.00 | 38081225992 |
| 06/13/2025 | $360.00 | 1021581906 | 06/26/2025 | $360.00 | 1021641422 | 07/09/2025 | $360.00 | 1021724078 |
| 07/25/2025 | $360.00 | 1021793582 | | | | | | |

**Total Receipts for the Period:  $11,160.00   Amount Refunded to Debtor Since Filing:  $1,440.00   Total Receipts Since Filing: $31,680.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,724.00 | $4,724.00 | $0.00 |
| 1 | SHEFFIELD FINANCIAL »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO DEALER SERVICES »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | POLICE & FIRE FCU »» 003 | Unsecured Creditors | $5,625.07 | $1,898.00 | $3,727.07 |
| 4 | CITY OF PHILADELPHIA (LD) »» 004 | Secured Creditors | $586.48 | $586.48 | $0.00 |
| 5 | PHFA/HEMAP »» 005 | Mortgage Arrears | $16,582.42 | $16,582.42 | $0.00 |
| 6 | US DEPARTMENT OF EDUCATION »» 006 | Unsecured Creditors | $5,008.86 | $1,690.10 | $3,318.76 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $2,149.00 | $2,149.00 | $0.00 |
| 7 | CAINE & WEINER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | DISCOVER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | IC SYSTEMS, INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | PHILADELPHIA CO DRS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11018-AMC**

| 0 | Angel Luis Leon, III | Debtor Refunds | $1,440.00 | $1,440.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,680.00 | Current Monthly Payment: | $720.00 |
| Paid to Claims: | $29,070.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,610.00 | Total Plan Base: | $30,240.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.